JAMES R. MCGUIRE (CA SBN 189275)
JMcguire@mofo.com
LAUREN WROBLEWSKI (CA SBN 291019)
LWroblewski@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

STEPHEN A. ROSENBAUM (CA SBN 98634)
SRosenbaum@crla.org

CALIFORNIA RURAL LEGAL ASSISTANCE,
INC.
145 E. Weber Avenue
Stockton, CA 95202
Telephone: 209.946-0605
Facsimile: 209.956-5730

ILENE J. JACOBS (CA SBN 126812)
IJacobs@crla.org
CALIFORNIA RURAL LEGAL ASSISTANCE,
INC.
511 D Street
Marysville, CA 95901
Telephone: 530.742.7235
Facsimile: 530.741.0854

Attorneys for Plaintiffs
JUSTIN LIGHTSEY, ROBERT SCHUKNECHT,
MARIO ACOSTA, AND JAMES ESCOBAR

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
MARK F. HAZELWOOD, State Bar No.
136521
mhazelwood@aghwlaw.com
KIMBERLY Y. CHIN, State Bar No. 271333
kchin@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD &
WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendant
CITY OF MANTECA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JUSTIN LIGHTSEY, ROBERT SCHUKNECHT, MARIO ACOSTA, AND JAMES ESCOBAR<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MANTECA,<br><br>Defendant. | Case No.    2:15-cv-02368 MCE-DB<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**<br><br>Trial:  None Set |

1

**STIPULATION**

2      Plaintiffs, four homeless individuals residing in Manteca, California, commenced this

3  action in November 2015.  (ECF No. 1.)  Defendant City of Manteca answered the complaint on

4  December 7, 2015.  (ECF 14.)  On March 7, 2016, the Court entered a Pretrial Scheduling Order.

5  (ECF No. 19.)  The parties now seek to modify three dates in the Pretrial Scheduling Order.

6  There is good cause for the proposed modification.

7      The parties have, since almost the inception of the action, been engaged in efforts to

8  resolve the matter informally.  Those efforts have included numerous phone calls among counsel,

9  the exchange of documents, an in-person meeting with Manteca officials, and the exchange of

10  multiple drafts of a written settlement agreement.  Those efforts are ongoing.

11      In light of the foregoing, to conserve the resources of the Court and the parties, the parties

12  stipulate, subject to Court approval, to modify three deadlines in the Pretrial Scheduling Order as

13  follows:

14      1.  The parties respectfully request that the discovery cut-off be extended from September

15  1, 2016 to December 1, 2016;

16      2.  The Parties respectfully request that the deadline for disclosure of expert witnesses be

17  extended from November 1, 2016, to January 3, 2017;

18      3.  The parties respectfully request that the Settlement Conference scheduled before Judge

19  Allison Claire on September 22, 2016, at 9:00 a.m., and the associated September 15, 2016,

20  deadline to submit settlement conference statements, be vacated.  If the parties are unable to

21  resolve the case by December 1, 2016, they shall contact the Court to reschedule.

22  **IT IS SO STIPULATED.**

23

24  Dated:  September 12, 2016                    MORRISON & FOERSTER LLP

25                                               By: */s/James R. McGuire*
                                                 JAMES R. MCGUIRE
26
                                                 Attorneys for Justin Lightsey, Robert
27                                               Schuknecht, Mario Acosta, and James Escobar

28

1  ALLEN, GLAESSNER, HAZELWOOD &
   WERTH, LLP
2
   By: /s/Mark Hazelwood
3            MARK HAZELWOOD

4  Attorneys for City of Manteca

5

6                           **ORDER**

7          In accordance with the foregoing stipulation, and good cause appearing, the fact discovery

8  cut-off in this matter is hereby extended from September 1, 2016 to December 1, 2016.  In

9  addition, the deadline for disclosure of expert witnesses is continued from November 1, 2016 to

10 January 3, 2017.  Finally, the Settlement Conference scheduled before Judge Allison Claire on

11 September 22, 2016, at 9:00 a.m., and the associated September 15, 2016, deadline to submit

12 settlement conference statements, is vacated pending the parties' informal efforts to resolve this

13 matter.  If that parties are unable to reach settlement by December 1, 2016, they are directed to

14 contact Judge Claire's chambers to reschedule.

15         All other dates in the Court's March 7, 2016 Pretrial Scheduling Order remain in full force

16 and effect.

17         IT IS SO ORDERED.

18 Dated:  September 13, 2016

19

20 _____
   MORRISON C. ENGLAND, JR
21 UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28